# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**CLYDE M. SINGLETON and**
**TRACY D. SINGLETON,**

    **Plaintiffs,**

v.                                                            **Civil Action No. 3:07CV66**
                                                                                **(Judge Bailey)**

**NVR, INC., d/b/a RYAN HOMES,**

    **Defendant.**

## ORDER OF INTERMEDIATE PRETRIAL CONFERENCE

On December 19, 2007, came plaintiffs Clyde M. Singleton and Tracy D. Singleton, by and through counsel Sherman Lambert, Sr., and came defendant NVR, Inc., d/b/a Ryan Homes, by and through counsel Vincent J. Palmiotto and William L. Stauffer, Jr., for a telephonic intermediate pretrial conference.

As an initial matter, the Court addressed the pending Motion for Leave to File Third-Party Complaint [Doc. No. 24] and **ORDERED** that the Motion be **GRANTED** and directed NVR to file the third-party complaint. Due to the addition of another party, and likely addition of other parties, the Court refrained from setting any future dates. The scheduling order and the mediation date remain in effect. Magistrate Judge David J. Joel will conduct mediation. There being no further business, the Court adjourned the matter.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** December 20, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE